UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ERIC J. POIRRIER** | **CIVIL ACTION NO. 6:13-CV-00873** |
| **VERSUS** | **JUDGE REBECCA F. DOHERTY** |
| **MACK ENERGY CO., ET AL** | **MAG. JUDGE PATRICK HANNA** |
| | **JURY TRIAL REQUESTED** |

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Mack Energy Co., who hereby declares the following:

Mack Energy Co. is wholly owned by Mack Oil Co., an Oklahoma corporation.

    **Respectfully submitted,**

    **JUDICE & ADLEY**
    **(A Professional Law Corporation)**


    /s/ Michael W. Adley
    **MICHAEL W. ADLEY (#2349)**
    P. O. Drawer 51769
    Lafayette, Louisiana 70505-1769
    Telephone:  (337) 235-2405
    Facsimile:   (337) 235-0965
    ATTORNEY FOR MACK ENERGY CO.

## **CERTIFICATE**

  I HEREBY CERTIFY that a copy of the above and foregoing has this date been mailed to all counsel of record by electronic mail.

  Lafayette, Louisiana, this 18th day of June, 2013.

                /s/ Michael W. Adley
                MICHAEL W. ADLEY