UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ERIC J. POIRRIER | * | CIVIL ACTION NO. 6:13-CV-00873 |
| VERSUS | * | JUDGE DOHERTY |
| BAKER HUGHES, INC., BAKER HUGHES OILFIELD OPERATIONS, INC. BAKER ATLAS, A DIVISION OF BAKER HUGHES OILFIELD OPERATIONS, INC., BAKER OIL TOOLS, A DIVISION OF BAKER HUGHES OILFIELD OPERATIONS, INC. AND MACK ENERGY CO. | * | MAGISTRATE HANNA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Tarpon Rental, Inc., who in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, submits as follows:

I.

Tarpon Rentals, Inc. is a privately held company and is 100% owned by Tarpon Holding Company, a Louisiana corporation.

                                                 /s/Marc D. Moroux
                                                 MARC D. MOROUX

**CERTIFICATE**

I HEREBY CERTIFY that on the 13th day of December, 2013, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by

hand, by email, by telefax, or by placing same in the United States Mail, properly addressed and First-Class postage prepaid.

                                                               /s/Marc D. Moroux

                                                                 MARC D. MOROUX

Case 6:13-cv-00873-RFD-PJH Document 29 Filed 12/13/13 Page 2 of 2 PageID #: 123